ACCEPTED
15-25-00137-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 2:59 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00137-CV

**IN THE COURT OF APPEALS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/24/2025 2:59:44 PM
CHRISTOPHER A. PRINE
Clerk

**FOR THE FIFTEENTH APPELLATE DISTRICT OF TEXAS**

**RIVERSIDE STRATEGIC CAPITAL FUND I, LP, RSCF BLOCKER TRUE HEALTH, LLC, RSCF I-A BLOCKER TRUE HEALTH, LLC,**

*Appellants*,

v.

**CLG INVESTMENTS, LLC ET AL.,**

*Appellees.*

**On Appeal from the Business Court of Texas, First Division (1B)
Trial Court Case No. 25-BC01B-0006
Hon. Bill Whitehill, Presiding**

**APPELLANTS' FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellants, Riverside Strategic Capital Fund I, LP, RSCF Blocker True Health, LLC, RSCF I-A Blocker True Health, LLC ("Appellants") file their First Unopposed Motion for Extension of Time to file Appellants' Brief and in support would respectfully show the following:

1

1.     Appellants' brief is currently due to be filed on or before October 10, 2025.

2.     No previous extensions of time have been requested.

3.     Appellants respectfully request an additional thirty (30) days or until on or before Monday, November 10, 2025.

4.     A first extension is requested because one of Appellants' attorneys was on a long-planned family vacation from September 3, 2025 until returning to the office of September 22, 2025. Additionally, counsel have other significant court filings due during this time period, including, *inter alia*, an Appellants' Brief due in an accelerated appeal in the Dallas Court of Appeals in Appeal No. 05-25-01169-CV styled *Seven Talents, LLC et. al v. Neugebauer*.  Moreover, there are multiple issues to be briefed in this appeal and an extension of time will assist to ensure all issues are researched and briefed fully.  Indeed, on September 17, 2025, the trial court issued a 26-page written opinion, providing its reasons for granting the motion for summary judgment that is at issue on this appeal.  This necessitated a need for a supplemental clerk's record that was not filed in this court until September 18, 2025.  This request for extension of time is not done for purposes of delay, but so that justice may be done.

5. Counsel for Appellants have conferenced with counsel for Appellees and Appellees are unopposed to the granting of this motion.

Appellants respectfully pray that this Honorable court grant this Motion and that Appellants' brief be due to be filed in this court on or before November 10, 2025.

Respectfully submitted,

**ROGGE DUNN**
State Bar No. 06249500
E-mail: Dunn@RoggeDunnGroup.com

**HARVEY JOSEPH**
State Bar No. 11027850
E-mail: Joseph@RoggeDunnGroup.com

**LANE M. WEBSTER**
State Bar No. 24089042
E-mail: Webster@RoggeDunnGroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street
Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**--AND--**

**WILLIAM SAVITT** (*pro hac vice forthcoming*)
Email: WDSavitt@wlrk.com

**ADAM M. GOGOLAK** (*pro hac vice forthcoming*)
Email: AMGogolak@wlrk.com

**WACHTELL, LIPTON, ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on the Parties' counsel of record pursuant to the Rules on this 24th day of September, 2025.

_____
ROGGE DUNN
LANE M. WEBSTER

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rogge Dunn
Bar No. 6249500
dunn@RoggeDunnGroup.com
Envelope ID: 106032748
Filing Code Description: Motion
Filing Description: Appellants' First Unopposed Motion for Extension of Time
Status as of 9/24/2025 3:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| LaDawn Nandrasy | 4715800 | ladawn.nandrasy@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Sean Lemoine | | sean.lemoine@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Rashella Widdoes - Paralegal | | widdoes@RoggeDunnGroup.com | 9/24/2025 2:59:44 PM | SENT |
| Colin PBenton | | colin.benton@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Lanette Fidone | | lanette.fidone@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Samantha Tandy | | samantha.tandy@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Zachary Farrar | | Zachary.Farrar@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Harvey Joseph | | Joseph@roggedunngroup.com | 9/24/2025 2:59:44 PM | SENT |
| Karina Enriquez | | karina.enriquez@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Lane Webster | | webster@RoggeDunnGroup.com | 9/24/2025 2:59:44 PM | SENT |
| Rogge Dunn | | dunn@roggedunngroup.com | 9/24/2025 2:59:44 PM | SENT |
| Barb Morgan | | barb.morgan@wickphillips.com | 9/24/2025 2:59:44 PM | SENT |
| Michael Avi-Yonah | | MSAviYonah@wlrk.com | 9/24/2025 2:59:44 PM | SENT |
| William Savitt | | WDSavitt@wlrk.com | 9/24/2025 2:59:44 PM | SENT |
| Adam Gogolak | | AMGogolak@wlrk.com | 9/24/2025 2:59:44 PM | SENT |